IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RICHARD JOE PRUITT, JR.,

        Petitioner,

v.                                  **Judgment in a Civil Case**

FCI BUTNER LOW,

        Respondent.                  Case Number: 5:20-HC-2232-FL

**Decision by Court.** On January 7, 2021, the Honorable Louise W. Flanagan, United States District Judge, entered an order directing petitioner to file his petition and application to proceed without prepayment of fees on the forms provided by the court. The court further directed that in the event petitioner failed to comply with the order, the clerk of court shall, without further order of the court, enter judgment dismissing the action without prejudice for failure to prosecute.

Petitioner failed to comply with the court's order within the time period prescribed and the undersigned proceeds as directed by the court.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on February 9, 2021, with service on

  Richard Joe Pruitt, Jr. 47304-074    (via U.S. Mail)
  Butner Low - F.C.I.
  P.O. Box 999
  Butner, NC 27509

February 9, 2021                              PETER A. MOORE, JR., CLERK

                                                  by *[signature]*
                                                  Deputy Clerk